No. 1015. FORT WORTH & DENVER CITY RAILWAY COMPANY v. J. W. WILLIAMS. March 22, 1926. Petition for writ of certiorari to the Court of Civil Appeals, Second Supreme Judicial District, State of Texas, denied. *Mr. Ellis Douthit* for petitioner. *Mr. S. P. Jones* for respondent.

---

No. 894. WINCHESTER REPEATING ARMS COMPANY v. UNITED STATES. April 12, 1926. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Frank S. Bright* and *H. Stanley Hinrichs* for petitioner. *Solicitor General Mitchell* and *Assistant Attorney General Galloway* for the United States.

---

No. 992. J. B. NIME v. FIRE ASSOCIATION OF PHILADELPHIA. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. J. M. McCormick* and *Paul Carrington* for petitioner. No appearance for respondent.

---

No. 994. MERCHANTS BANK AND TRUST COMPANY v. C. L. THURMAN MOTOR COMPANY AND C. L. THURMAN. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. J. E. Alexander* for petitioner. *Mr. W. T. Kennerly* for respondent.

---

No. 995. LAKEWOOD ENGINEERING COMPANY v. CALVIN H. STEIN, HENRY A. GEISEL, AND FRED D. STEIN, DOING BUSINESS, ETC. April 12, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank E. Dennett* for petitioner. *Mr. Rudolph W. Lotz* for respondent.